Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  KIMBERLY LORING

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LORING, | Case No.  1:15-cv-563-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Kimberly Loring ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to January 21, 2016; and that Defendant shall have until February 22, 2016, to file her opposition.  Any reply by plaintiff will be due March 8, 2016.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 15, 2015        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff KIMBERLY LORING

DATED:  December 15, 2015        BENJAMIN WAGNER
United States Attorney


*/S/- Chantal R. Jenkins

_____
Chantal R. Jenkins
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1.   Plaintiff shall file the opening brief by no later than January 21, 2016;

2.   Defendant shall file the opposition by no later than February 22, 2016; and

3.   Plaintiff shall file the reply brief, if any, by no later than March 8, 2016.

IT IS SO ORDERED.

Dated:   **December 17, 2015**            **/s/ Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE

2